# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, October 25, 2023**      **Hearing Room**    **302**

---

<u>9:30 AM</u>
**6:23-13055**   **Abel Camacho**       **Chapter 7**

Telephonic Hearing

#2.00  Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: State of California v. California Interstate Express LTD et al; Docket #23CV032255; Superior Court of CA, County of Alameda

**Deborah L Goodman to appear by telephone (510)433-9158** ✓ *Movant*
**John D Sarai to appear by telephone (818)732-4400** *Debtor*

Docket   11

**Matter Notes:** ✓

GRANTED: _____   DENIED: _____

APO: _____   — § 362(a)(1)

CONT'D. TO: _____   — Waive 14 day stay

WITHDRAWN: _____

ORDER LODGED BY: *Movant*

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

   Abel Camacho     Represented By
                                                            John D Sarai

**Movant(s):**

   State Of California     Represented By