| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Deborah L. Goodman (SBN 276259)<br>California Department of Transportation – Legal Division<br>Mail: P.O. Box 24325, Oakland, CA 94623-1325<br>Tel: (510) 433-9100<br>Fax: (510) 433-9167<br>Email: Deborah.Goodman@dot.ca.gov | **FILED**<br>NOV - 1 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| ☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Movant State of California | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Abel Camacho<br><br><br><br><br>Debtor(s) | CASE NO.: 6:23-BK-13055-SY<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><br>MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C § 362 |

PLEASE TAKE NOTE that the order titled ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)

was lodged on (*date*) November 1, 2023 and is attached. This order relates to the motion which is docket number 11.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

111 Grand Avenue, Suite 11-100, Oakland, CA 94612.
**Mail**: P.O. Box 24325, Oakland, CA 94623-1325

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) November 1, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
1 - Bankruptcy Trustee - **via USPS Mail**: Lynda T. Bui (TR)
Shulman Bastian Friedman & Bui LLP, 3550
Vine Street, Suite 210,
Riverside, CA 92507

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 1, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

1 - Debtor's Attorney - **via EMAIL**:    John D. Sarai
Shield Law Group, APLC
john@shield.law

2 – Judge –    **via Overnight Mail**:    Hon. Judge Scott H. Yun,
RIVERSIDE DIVISION, U.S. Bankruptcy Court,
3420 Twelfth Street, Suite 345,
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/1/2023 | EMIGDIO LOPEZ-ACOSTA | /s/ signature |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9021-1.2.BK.NOTICE.LODGMENT